VENABLE LLP
Daniel S. Silverman (SBN 137864)
dssilverman@venable.com
2049 Century Park East, Suite 3400
Los Angeles, CA 90067
Telephone: 310.229.9900
Facsimile: 310.229.9901

*Attorneys for Defendants* Encense Enterprises LLC d/b/a Flex Home & Auto; Pelican Investment Holdings, LLC d/b/a Auto Service Department; National Administrative Co., LLC; and Palmer Administrative Services, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

NATHAN ROWAN, individually and on behalf of all others similarly situated

Plaintiff,

v.

ENCENSE ENTERPRISES LLC, d/b/a Flex Home & Auto, a Wyoming company, PELICAN INVESTMENT HOLDINGS, LLC d/b/a Auto Service Department, a Delaware company, NATIONAL ADMINSTRATIVE SERVICE CO., LLC an Ohio company, AND PALMER ADMINSTRATIVE SERVICES, INC., a Delaware corporation,

Defendants.

Case No. 8:25-cv-02775-HDV-KES

**DEFENDANTS' ANSWER TO PLAINTIFF'S CLASS ACTION COMPLAINT**

Action Filed: December 16, 2025

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

Defendants Encense Enterprises LLC dba Flex Home & Auto ("Flex"), Pelican Investment Holdings, LLC dba Auto Service Department ("Pelican"), National Administrative Service Co, LLC ("NASC"), and Palmer Administrative Services, Inc. ("Palmer") (collectively "Defendants"), hereby Answer Plaintiff Nathan Rowan's ("Rowan" or "Plaintiff") Class Action Complaint ("Complaint") as follows:

## PARTIES

1. Defendants lack sufficient knowledge or information to form a belief as to truth of the allegations in this paragraph and therefore denies them.

2. Defendant Flex admits that it a Wyoming registered company but denies it is headquartered in Santa Ana, California.

3. Defendant Pelican admits it is a Delaware registered company but denies it is headquartered in Santa Ana, California.

4. Defendant NASC admits the allegations in this paragraph.

5. Defendant Palmer admits the allegations in this paragraph.

## JURISDICTION AND VENUE

6. Defendants admit the allegations in this paragraph.

7. Defendants deny the allegations in this paragraph.

8. The allegations in this paragraph contain a legal conclusion to which no response is required. To the extent a response is required, Defendants deny the allegations in this paragraph.

## INTRODUCTION

9. The quoted language from the legal authority cited in this paragraph speaks for itself.

10. Defendants lack sufficient knowledge or information to form a belief as to truth of the allegations in this paragraph and therefore denies them.

11. Defendants lack sufficient knowledge or information to form a belief as to truth of the allegations in this paragraph and therefore denies them.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

12. Defendants lack sufficient knowledge or information to form a belief as to truth of the allegations in this paragraph and therefore denies them.

13. Defendants lack sufficient knowledge or information to form a belief as to truth of the allegations in this paragraph and therefore denies them.

14. Defendants lack sufficient knowledge or information to form a belief as to truth of the allegations in this paragraph and therefore denies them.

15. The quoted language from the article cited in this paragraph speaks for itself. Defendants lack sufficient knowledge or information to form a belief as to truth of the allegations in this paragraph and therefore denies them.

16. The quoted language in this paragraph speaks for itself. Defendants lack sufficient knowledge or information to form a belief as to truth of the allegations in this paragraph and therefore denies them.

**COMMON ALLEGATIONS**

17. Defendant Flex admits the allegations in this paragraph.

18. Defendant Flex admits the allegations in this paragraph.

19. Defendant Flex admits the allegations in this paragraph.

20. Defendant Pelican admits the allegations in this paragraph.

21. Defendant Pelican lack sufficient knowledge or information to form a belief as to truth of the allegations in this paragraph and therefore denies them.

22. Defendant Pelican admits the allegations in this paragraph.

23. Defendant Pelican lack sufficient knowledge or information to form a belief as to truth of the allegations in this paragraph and therefore denies them.

24. Defendant NASC admits the allegations in this paragraph.

25. Defendant NASC denies the allegations in this paragraph.

26. Defendant NASC admits that it contracts with companies like Pelican and Flex to sell auto protection plans. Except as specifically admitted, Defendant NASC lacks sufficient knowledge or information to form a belief as to truth of the allegations in this paragraph and therefore denies them.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

27. Defendant NASC lacks sufficient knowledge or information to form a belief as to truth of the allegations in this paragraph and therefore denies them.

28. Defendant Palmer admits the allegations in this paragraph.

29. Defendant Palmer admits the allegations in this paragraph.

30. Defendant Palmer lacks sufficient knowledge or information to form a belief as to truth of the allegations in this paragraph and therefore denies them.

31. Defendants lack sufficient knowledge or information to form a belief as to truth of the allegations in this paragraph and therefore denies them.

32. Defendants lack sufficient knowledge or information to form a belief as to truth of the allegations in this paragraph and therefore denies them.

33. Defendants lack sufficient knowledge or information to form a belief as to truth of the allegations in this paragraph and therefore denies them.

34. Defendants lack sufficient knowledge or information to form a belief as to truth of the allegations in this paragraph and therefore denies them.

35. Defendant Flex admits the allegations in this paragraph.

36. Defendant Flex admits the allegations in this paragraph.

37. Defendant Flex lacks sufficient knowledge or information to form a belief as to truth of the allegations in this paragraph and therefore denies them.

38. Defendant Pelican lacks sufficient knowledge or information to form a belief as to truth of the allegations in this paragraph and therefore denies them.

39. Defendants lack sufficient knowledge or information to form a belief as to truth of the allegations in this paragraph and therefore denies them.

40. Defendant Pelican admits the allegations in this paragraph.

41. Defendant NASC lacks sufficient knowledge or information to form a belief as to truth of the allegations in this paragraph and therefore denies them.

42. Defendant NASC lacks sufficient knowledge or information to form a belief as to truth of the allegations in this paragraph and therefore denies them.

43. Defendants Palmer and Flex deny the allegations in this paragraph.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

44. Defendant Flex admits the allegations in this paragraph.

45. Defendant Palmer admits the allegations in this paragraph.

46. Defendant Pelican admits the allegations in this paragraph.

47. Defendants Palmer and Pelican admit that the websites identified in this paragraph state the same address.

48. Defendants lack sufficient knowledge or information to form a belief as to truth of the allegations in this paragraph and therefore denies them.

49. Defendants lack sufficient knowledge or information to form a belief as to truth of the allegations in this paragraph and therefore denies them.

50. Defendants lack sufficient knowledge or information to form a belief as to truth of the allegations in this paragraph and therefore denies them.

51. Defendants lack sufficient knowledge or information to form a belief as to truth of the allegations in this paragraph and therefore denies them.

52. Defendants lack sufficient knowledge or information to form a belief as to truth of the allegations in this paragraph and therefore denies them.

53. Defendants lack sufficient knowledge or information to form a belief as to truth of the allegations in this paragraph and therefore denies them.

54. Defendants lack sufficient knowledge or information to form a belief as to truth of the allegations in this paragraph and therefore denies them.

55. Defendants lack sufficient knowledge or information to form a belief as to truth of the allegations in this paragraph and therefore denies them.

56. Defendant Palmer admits the allegations in this paragraph.

57. Defendant Palmer admits the allegations in this paragraph.

58. Defendants Flex and Palmer admit the allegations in this paragraph.

59. Defendant Palmer lacks sufficient knowledge or information to form a belief as to truth of the allegations in this paragraph and therefore denies them.

60. Defendants Flex and Palmer admit they have a business relationship. Except as specifically admitted, Defendants Flex and Palmer deny the allegations in

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

this paragraph.

61. Defendant Palmer denies the allegations in this paragraph.

62. The allegations in this paragraph contain a legal conclusion to which no response is required.  To the extent a response is required, Defendants deny the allegations in this paragraph.

63. The allegations in this paragraph contain a legal conclusion to which no response is required.  To the extent a response is required, Defendants deny the allegations in this paragraph.

64. The allegations in this paragraph contain a legal conclusion to which no response is required.  To the extent a response is required, Defendants deny the allegations in this paragraph.

65. Defendant Flex denies the allegations in this paragraph.

66. Defendants lack sufficient knowledge or information to form a belief as to truth of the allegations in this paragraph and therefore denies them.

67. Defendants lack sufficient knowledge or information to form a belief as to truth of the allegations in this paragraph and therefore denies them.

68. Defendant Flex denies the allegations in this paragraph.

69. Defendants admit that sometimes when a consumer shows interest in purchasing a plan they are transferred to Flex.  Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations in this paragraph and therefore denies them.

70. Defendants lack sufficient knowledge or information to form a belief as to truth of the allegations in this paragraph and therefore denies them.

71. Defendant Palmer admits the allegations in this paragraph.

72. Defendant Palmer admits the allegations in this paragraph.

73. Defendants Pelican and Flex deny the allegations in this paragraph.

74. Defendants Palmer and NASC deny the allegation in this paragraph.

75. Defendants admit that NASC is listed as the administrator on service

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

plans and that extended warranty details are entered into the Palmer CRM. Except as specifically admitted, Defendants lack sufficient knowledge or information to form a belief as to truth of the allegations in this paragraph and therefore denies them.

76. Defendant NASC admits the allegations in this paragraph.

77. Defendants admit that ElZayn had a historical association with Palmer. Defendants deny any allegation that ElZayn was an officer of Palmer during the period relevant to Plaintiff's allegations, and otherwise deny the remaining allegations.

78. Defendants deny the allegations in this paragraph.

79. Defendants NASC and Palmer admit that other TCPA lawsuits have been filed against each of them since 2020.

80. Defendants NASC and Pelican admit the allegations in this paragraph.

81. Defendants deny the allegations in this paragraph.

82. Defendant Flex admits that it has a business relationship with Defendant Palmer. Except as specifically admitted, Defendants Flex and Palmer deny the allegations in this paragraph.

83. Defendants Flex and Pelican deny the allegations in this paragraph.

84. Defendants admit that the Palmer CRM has been used by Flex and Pelican.

85. Defendant NASC admits it is a plan administrator. Except as specifically admitted, Defendant NASC denies the allegations in this paragraph.

86. Defendants lack sufficient knowledge or information to form a belief as to truth of the allegations in this paragraph and therefore denies them.

87. Defendants deny the allegations in this paragraph.

88. This paragraph contains no factual allegations to which to answer.

89. Defendants deny the allegations in this paragraph.

90. Defendants deny the allegations in this paragraph.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

91. Defendant Palmer denies the allegations in this paragraph.

92. Defendants deny the allegations in this paragraph.

93. Defendants deny the allegations in this paragraph.

94. The quoted language in this paragraph speaks for itself. Defendants lack sufficient knowledge or information to form a belief as to truth of the allegations in this paragraph and therefore denies them.

95. Defendant Palmer denies the allegations in this paragraph.

96. Defendant Palmer denies the allegations in this paragraph.

97. The quoted language in this paragraph speaks for itself. Defendant Palmer denies the remaining allegations in this paragraph.

98. Defendants deny the allegations in this paragraph.

99. Defendants admit that the Ohio Attorney General brought the suit referenced in this paragraph.

100. The quoted language in this paragraph speaks for itself. Defendants deny the remaining allegations in this paragraph.

101. The consent judgment referenced in this paragraph speaks for itself.

102. The consent judgment referenced in this paragraph speaks for itself.

103. The consent judgment referenced in this paragraph speaks for itself.

104. Defendants deny the allegations in this paragraph.

105. Defendants admit that other TCPA lawsuits have been filed against them.

106. Defendants deny the allegations in this paragraph.

107. The allegations in this paragraph contain a legal conclusion to which no response is required. To the extent a response is required, Defendants deny the allegations in this paragraph.

**PLAINTIFF ROWAN'S ALLEGATIONS**

108. Defendants lack sufficient knowledge or information to form a belief as to truth of the allegations in this paragraph and therefore denies them.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

109. Defendants lack sufficient knowledge or information to form a belief as to truth of the allegations in this paragraph and therefore denies them.

110. Defendants lack sufficient knowledge or information to form a belief as to truth of the allegations in this paragraph and therefore denies them.

111. Defendants lack sufficient knowledge or information to form a belief as to truth of the allegations in this paragraph and therefore denies them.

112. Defendants lack sufficient knowledge or information to form a belief as to truth of the allegations in this paragraph and therefore denies them.

113. Defendants lack sufficient knowledge or information to form a belief as to truth of the allegations in this paragraph and therefore denies them.

114. Defendants lack sufficient knowledge or information to form a belief as to truth of the allegations in this paragraph and therefore denies them.

115. Defendant Flex admits that it uses the name vehicle processing center when making calls. Except as specifically admitted, Defendants deny the allegations in this paragraph.

116. Defendants lack sufficient knowledge or information to form a belief as to truth of the allegations in this paragraph and therefore denies them.

117. Defendants lack sufficient knowledge or information to form a belief as to truth of the allegations in this paragraph and therefore denies them.

118. Defendants lack sufficient knowledge or information to form a belief as to truth of the allegations in this paragraph and therefore denies them.

119. Defendants lack sufficient knowledge or information to form a belief as to truth of the allegations in this paragraph and therefore denies them.

120. Defendants lack sufficient knowledge or information to form a belief as to truth of the allegations in this paragraph and therefore denies them.

121. Defendants lack sufficient knowledge or information to form a belief as to truth of the allegations in this paragraph and therefore denies them.

122. The email referenced in this paragraph speaks for itself.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

123. Defendants lack sufficient knowledge or information to form a belief as to truth of the allegations in this paragraph and therefore denies them.

124. Defendant Flex admits the allegations in this paragraph.

125. Defendants lack sufficient knowledge or information to form a belief as to truth of the allegations in this paragraph and therefore denies them.

126. Defendants lack sufficient knowledge or information to form a belief as to truth of the allegations in this paragraph and therefore denies them.

127. Defendants lack sufficient knowledge or information to form a belief as to truth of the allegations in this paragraph and therefore denies them.

128. Defendants lack sufficient knowledge or information to form a belief as to truth of the allegations in this paragraph and therefore denies them.

129. Defendants lack sufficient knowledge or information to form a belief as to truth of the allegations in this paragraph and therefore denies them.

130. Defendants lack sufficient knowledge or information to form a belief as to truth of the allegations in this paragraph and therefore denies them.

131. Defendants lack sufficient knowledge or information to form a belief as to truth of the allegations in this paragraph and therefore denies them.

132. Defendants lack sufficient knowledge or information to form a belief as to truth of the allegations in this paragraph and therefore denies them.

133. Defendants lack sufficient knowledge or information to form a belief as to truth of the allegations in this paragraph and therefore denies them.

134. Defendants lack sufficient knowledge or information to form a belief as to truth of the allegations in this paragraph and therefore denies them.

135. Defendants lack sufficient knowledge or information to form a belief as to truth of the allegations in this paragraph and therefore denies them.

136. Defendants lack sufficient knowledge or information to form a belief as to truth of the allegations in this paragraph and therefore denies them.

137. Defendants lack sufficient knowledge or information to form a belief

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

as to truth of the allegations in this paragraph and therefore denies them.

138. Defendants lack sufficient knowledge or information to form a belief as to truth of the allegations in this paragraph and therefore denies them.

139. Defendants lack sufficient knowledge or information to form a belief as to truth of the allegations in this paragraph and therefore denies them.

140. Defendants lack sufficient knowledge or information to form a belief as to truth of the allegations in this paragraph and therefore denies them.

141. Defendants lack sufficient knowledge or information to form a belief as to truth of the allegations in this paragraph and therefore denies them.

142. Defendants lack sufficient knowledge or information to form a belief as to truth of the allegations in this paragraph and therefore denies them.

143. Defendants lack sufficient knowledge or information to form a belief as to truth of the allegations in this paragraph and therefore denies them.

144. Defendants deny the allegations in this paragraph.

145. Defendants deny the allegations in this paragraph.

146. The allegations in this paragraph are not factual allegations to which a response is required. To the extent a response is required, Defendants deny that Plaintiff or the class were injured.

147. The allegations in this paragraph are not factual allegations to which a response is required. To the extent a response is required, Defendants admit that Plaintiff is seeking to certify a nationwide class, but deny that this case is maintainable as a class action and/or that the putative class can be certified.

148. The allegations in this paragraph are not factual allegations to which a response is required.

149. Defendants deny the allegations in this paragraph.

150. Defendants deny the allegations in this paragraph.

151. Defendants deny the allegations in this paragraph.

152. Defendants deny the allegations in this paragraph.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

## FIRST CLAIM FOR RELIEF

153. Defendants reallege and incorporate herein each and every one of its responses to the preceding paragraphs.

154. The allegations in this paragraph contain a legal conclusion to which no response is required. To the extent a response is required, Defendants deny the allegations in this paragraph.

155. The allegations in this paragraph contain a legal conclusion to which no response is required. To the extent a response is required, Defendants deny the allegations in this paragraph.

156. Defendants deny the allegations in this paragraph.

157. Defendants deny the allegations in this paragraph.

158. Defendants deny the allegations in this paragraph.

159. Defendants deny the allegations in this paragraph.

## PRAYER FOR RELIEF

The remainder of the Complaint consists of Plaintiff's prayer for relief, to which no response is required. To the extent a response is required, Defendants deny that Plaintiff or the putative class he purports to represent are entitled to the requested relief or any relief whatsoever.

## AFFIRMATIVE DEFENSES

Without admitting any of Plaintiff's allegations, Defendants plead the following affirmative defenses, without conceding that any of the following must be plead as an affirmative defense. By setting forth these affirmative defenses, Defendants do not assume the burden of proving any fact, issue, or element of a claim where such burden properly belongs to Plaintiff.

### FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim for Relief)

The Complaint, and each purported claim for relief alleged therein, fails to state facts sufficient to constitute any claim for relief against Defendants.

**SECOND AFFIRMATIVE DEFENSE**

**(Lack of Standing)**

The Complaint, and each purported claim for relief alleged therein, is barred because Plaintiff has not suffered any concrete and particularized injury for the alleged violations of the TCPA to confer Article III standing upon him.

**THIRD AFFIRMATIVE DEFENSE**

**(Statute of Limitations)**

The Complaint, and each purported claim for relief alleged therein, is barred in whole or in part by the applicable statute of limitations.

**FOURTH AFFIRMATIVE DEFENSE**

**(Prior Express Consent)**

Defendants allege that they have no liability under the TCPA because Defendants' acts were taken with the prior express consent of Plaintiff and/or the putative class. Defendants' standard business practice is to obtain prior express consent from persons Defendants call who provide their phone numbers to receive calls from Defendants.

**FIFTH AFFIRMATIVE DEFENSE**

**(Safe Harbor)**

Putative class members are barred from recovering against Defendants because the calls allegedly received by them, if any, were sent with Defendants' reasonable reliance upon their consent to receive the complained-of calls and therefore the calls received falls within the "safe harbor" established by the Federal Communications Commission.

**SIXTH AFFIRMATIVE DEFENSE**

**(Waiver)**

The Complaint, and each purported claim for relief alleged therein, is barred by the doctrine of waiver.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

**SEVENTH AFFIRMATIVE DEFENSE**

**(Estoppel)**

The Complaint, and each purported claim for relief alleged therein, is barred by the doctrine of estoppel.

**EIGHTHE AFFIRMATIVE DEFENSE**

**(Consent, Acquiescence and Laches)**

The Complaint, and each purported claim for relief alleged therein, is barred by the doctrines of consent, acquiescence and laches.

**NINTH AFFIRMATIVE DEFENSE**

**(Failure to Mitigate Damages)**

The Complaint, and each purported claim for relief alleged therein, is barred because Plaintiff failed to mitigate, reduce or otherwise avoid the damages he alleges to have suffered.

**TENTH AFFIRMATIVE DEFENSE**

**(No Damage, Injury Suffered or Ascertainable Loss)**

Plaintiff has suffered no cognizable injury, damage or ascertainable loss proximately caused by or attributable to Defendants' conduct.

**ELEVENTH AFFIRMATIVE DEFENSE**

**(Unjust Enrichment)**

Plaintiff is barred from recovering against Defendants because any recovery in favor of Plaintiff would result in Plaintiff's unjust enrichment.

**TWELFTH AFFIRMATIVE DEFENSE**

**(Lack of Willfulness)**

The Complaint, and each purported claim for relief alleged therein, is barred because Defendants' alleged wrongful conduct was not willful.

**THIRTEENTH AFFIRMATIVE DEFENSE**

**(Justification)**

The Complaint, and each purported claim for relief alleged therein, is barred

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

because Defendants' alleged wrongful conduct was justified.

**FOURTEENTH AFFIRMATIVE DEFENSE**

**(Compliance with Law)**

The Complaint, and each purported claim for relief alleged therein, is barred because the alleged conduct complies with the applicable law.

**FIFTEENTH AFFIRMATIVE DEFENSE**

**(Good Faith)**

The Complaint, and each purported claim for relief alleged therein, is barred because Defendants acted in good faith at all times.

**SIXTEENTH AFFIRMATIVE DEFENSE**

**(Reasonable Practices and Procedures)**

Defendants have established and implemented, with due care, reasonable practices and procedures to effectively prevent telephone solicitations in violation of the regulations under which Plaintiff sues.

**SEVENTEENTH AFFIRMATIVE DEFENSE**

**(Improper Class Representative)**

As to each claim for relief contained in the Complaint, Plaintiff is not a proper class representative of the putative class, is not qualified to protect and represent fairly and adequately the interests of every member of the putative class, and does not have claims typical of the putative class.

**EIGHTEENTH AFFIRMATIVE DEFENSE**

**(Failure to State a Class Action)**

The Complaint, and each purported claim for relief alleged therein, fails to set forth facts sufficient to constitute a class action because Plaintiff is not typical of the class he purports to represent; Plaintiff is not an adequate class representative; members of the class have divergent interests; questions of law and fact affecting individual members of the putative class predominate over questions of law or fact common to members of the putative class; the putative class is not ascertainable and

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

members of the putative class are not clearly identifiable; a class action is not superior to other available methods for the fair and efficient adjudication of this controversy; and counsel for the putative class is not adequate or suitable.

**NINETEENTH AFFIRMATIVE DEFENSE**

**(Due Process)**

Plaintiff's requested relief would be so punitive and disproportionate to the gravity of the violations alleged in the complaint as to amount to a violation of Defendants' right to due process.

**TWENTIETH AFFIRMATIVE DEFENSE**

**(Unconstitutional)**

The Complaint, and each claim for relief alleged therein, is barred because the statute and causes of action under which the Complaint is brought are unconstitutional to the extent they are applied in a manner that violates any constitutional protection, including: (a) the excessive fines clauses of the Eighth Amendment to the United States Constitution; (b) the due process clause of the Fourteenth Amendment to the United States Constitution; (c) the constitutional prohibition against grossly excessive punishment; and (d) the constitutional prohibition against vague, standardless, and overbroad laws.

**TWENTY-FIRST AFFIRMATIVE DEFENSE**

**(Reservation)**

Defendants hereby give notice that they intend to rely upon additional affirmative defenses that become available or apparent during the pendency of this action and thus reserve the right to amend their Answer to assert such additional defenses.

**PRAYER FOR RELIEF**

WHEREFORE, Defendants pray as follows:

1. That certification of the putative class be denied;
2. That Plaintiff's Complaint be dismissed with prejudice

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

and order that Plaintiff take nothing from Defendants;

3. That judgment be entered in favor of Defendants and against Plaintiff;

4. That Defendants be awarded their attorneys' fees and costs; and

5. Such other and further relief as the Court deems just and proper.

Dated: February 26, 2026

VENABLE LLP

By: */s/ Daniel S. Silverman*
Daniel S. Silverman

*Attorneys for Defendants* Encense Enterprises LLC dba Flex Home & Auto; Pelican Investment Holdings, LLC dba Auto Service Department; National Administrative Service Co., LLC; and Palmer Administrative Services, Inc.